# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| HORMOZDI LAW FIRM, LLC, a Georgia Limited Liability Company, on behalf of itself and all others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| RDAP PRISON CONSULTANTS, LLC *d/b/a* RDAP LAW CONSULTANTS, LLC, | ) ) ) ) |
| Defendant. | ) |

Case No. 1:17-cv-01687-SCJ

## **NOTICE OF SETTLEMENT**

Plaintiff, HORMOZDI LAW FIRM, LLC, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

[INTENTIONALLY LEFT BLANK]

DATED:  July 20, 2017

                              RESPECTFULLY SUBMITTED,

By:/s/ Michael S. Agruss_____
       Michael S. Agruss
       Agruss Law Firm, LLC
       4809 N. Ravenswood Ave.
       Suite 419
       Chicago, IL 60640
       Tel: 312-224-4695
       Fax: 312-253-4451
       michael@agrusslawfirm.com
       *Admitted Pro Hac Vice*
       *Attorney for Plaintiff*


By:/s/ Charles M. Clapp_____
       Charles M. Clapp
       GA Bar No. 101089
       5 Concourse Parkway NE
       Suite 3000
       Atlanta, Georgia 30328
       Tel: 404.585.0040
       Fax: 404.393.8893
       charles@lawcmc.com
       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 7, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF and sent to all Defendants by U.S. mail.

By: /s/ Michael S. Agruss
Michael S. Agruss
