# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HORMOZDI LAW FIRM, LLC, a Georgia Limited Liability Company, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RDAP PRISON CONSULTANTS, LLC *d/b/a* RDAP LAW CONSULTANTS, LLC, <br><br> Defendant. | Case No. 1:17-cv-01687-SCJ |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, HORMOZDI LAW FIRM, LLC, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, RDAP PRISON CONSULTANTS, LLC, d/b/a RDAP LAW CONSULTANTS, LLC.

[INTENTIONALLY LEFT BLANK]

DATED:  August 9, 2017

          RESPECTFULLY SUBMITTED,

By:<u>/s/ Michael S. Agruss</u>_____
  Michael S. Agruss
  Agruss Law Firm, LLC
  4809 N. Ravenswood Ave.
  Suite 419
  Chicago, IL 60640
  Tel: 312-224-4695
  Fax: 312-253-4451
  michael@agrusslawfirm.com
  *Admitted Pro Hac Vice*
  *Attorney for Plaintiff*


By:<u>/s/ Charles M. Clapp</u>_____
  Charles M. Clapp
  GA Bar No. 101089
  5 Concourse Parkway NE
  Suite 3000
  Atlanta, Georgia 30328
  Tel: 404.585.0040
  Fax: 404.393.8893
  charles@lawcmc.com
  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 7, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF and sent to all Defendants by U.S. mail.

By: /s/ Michael S. Agruss
Michael S. Agruss